**3 DEFENDANTS**

# MINUTE ORDER

Page 4

## Magistrate Judge Enjolique A. Lett

**Atkins Building Courthouse - 10th Floor**     Date: 1/21/26     Time: 1:30 p.m.

Defendant: 1) Gabriel Cezar Menezes     J#:          Case #: 25-CR-20545-ATLMAN/LETT
AUSA: Monique Botero     Attorney:
Violation: Conspiracy to Commit Money Laundering     Surr/Arrest Date: 1/21/26     YOB: 1997

Proceeding: Initial Appearance     CJA Appt: Dianne Carames - CJA
Bond/PTD Held: ☐ Yes  ☐ No     Recommended Bond:
Bond Set at: **STIP** to PTD with right to revisit.     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Portuguese

Disposition:
Government Ore Tenus motion to partially unseal case as to defendant named – **GRANTED**. [DE#3 to remain sealed]. Defendant advised of charges and rights. Defendant Ore Tenus motion to appoint counsel. AFPD has conflict – CJA counsel Dianne Carames appointed. **Defendant Arraigned.** Defense Ore Tenus motion to enter Standing Discovery Order – **GRANTED**. Parties **STIP** to PTD with right to revisit.
**BRADY ORDER GIVEN**

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**     Date:     Time:     Judge:     Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. **14:57:31**     Time in Court: **12 mins**

s/Enjolique A. Lett     Magistrate Judge