UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA                    Case No.: 25-CR-20545-ALTMAN/LETT

vs.

JOAO ANDRADE DE MELLO

  Defendant
_____/

### DEFENDANT JOAO ANDRADE DE MELLO MOTION TO WITHDRAW REQUEST FOR RELEASE FROM CUSTODY AND STIPULATION TO PRETRIAL DETENTION

Defendant, Joao Andrade de Mello, through the undersigned counsel, files this Motion to Withdraw Request from Release from Custody and Stipulation to Pretrial Detention, and in support thereof states as follows:

I. **Procedural History**

Previously, Mr. Andrade de Mello filed a Motion for Release from Custody in the Middle District of Florida. [Doc. 11, U.S. District Court Middle District of Florida]. The Motion was heard by United States Magistrate Judge Hill, who granted and entered an Order Setting Conditions of Release. [Doc. 17, U.S. District Court Middle District of Florida]. Following entry of that Order, the Government filed an appeal pursuant to 18 U.S.C. § 3145, and review of the Magistrate Judge's release determination is currently pending before this Honorable Court. [Doc. 37].

II. **Immigration Detainer**

After the release decision was issued and while this matter was under review, the Defendant received confirmation of the existence of an Immigration Detainer issued against him. The detainer directly affects the Defendant's custodial status and the practical viability of release.

**III.     Withdrawal of Request from Release and Stipulation to Pretrial Detention.**

In light of the Immigration Detainer and the subsequent information that materially impacts the availability of the relief previously sought, Mr. Andrade de Mello no longer requests release at this time.  The Defendant therefore withdraws his Motion for Release from Custody and stipulates to continued pretrial detention.  This withdrawal is made knowingly and voluntarily after consultation with counsel, and the Defendant understands that he will remain detained pending further proceedings.

**IV.     Conclusion**

Based on the foregoing, the newly received information, and the pending review of the Motion, Andrade de Mello respectfully requests that the Court accept the withdrawal of his prior request for release and reflect his stipulation to pretrial detention.

**V.     Conferral**

The undersigned counsel certifies that he conferred with counsel for the Government regarding the relief requested in this Motion.  The Government has no objection to the withdrawal of the Motion for Release from Custody or the Defendant's stipulation to pretrial detention.

Respectfully submitted,

/s/ Thomas L. Morelli
Thomas L. Morelli, Esq.
Counsel for Joao Andrade de Mello

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 23, 2026, a copy of the foregoing was filed with the clerk of court in person/over the counter, and a copy of the foregoing was provided via email to Counsel for the Government.

/s/ Thomas L. Morelli
Thomas L. Morelli, Esq.
Florida Bar No.: 104796
Morelli Law, PLLC
132 W. Plant Street, Suite 230
Winter Garden, FL 34787
thomas@morelli.law
407-900-9515
Attorney for Joao Andrade de Mello